

# In the Missouri Court of Appeals Eastern District

JUNE 28, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1. ED102303    STATE OF MISSOURI, RES V WILLIAM T. WILBURN, APP

2. ED103007 JOSEPH MURCHISON, APP V STATE OF MISSOURI, RES

3. ED103263 MICHAEL MOSLEY, APP V STATE OF MISSOURI, RES

4. ED103387 STATE OF MISSOURI, RES V RANDALL EYE, APP

5. ED103665 6226 NORTHWOOD CONDO, RES V IMOGENE DWYER, APP